U.S. District Court
Middle District of Pennsylvania

Antwan Hairston, Plaintiff

vs.

Williamsport Police Department, Defendant

Civil Action No. ___

FILED
SCRANTON
MAY 13 2024
PER ___ DJ
DEPUTY CLERK

I. Jurisdiction & Venue

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of Federal Rules of Civil Procedure.

2. The Middle District of Pennsylvania is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II. Plaintiff(s)

3. Plaintiff, Antwan Hairston, is and was at all times not in custody of Williamsport County Jail.

## III. Defendant(s)

4. Williamsport Police Department
   245 W. 4th Street
   Williamsport, PA 17701

## IV. Statement of Claim

On March 4th 2021, the Plaintiff, Antwan Hairston was asleep at the Econo Lodge, there was a knock on the door, I wasn't expecting no-one so I didn't answer. That when they bang loud on the door and I hear yell, Williamsport Police Department. I open the door the police officer rushed over to me, hit me in the head with the gun, slammed me on the bed. I wasn't a threat, my head was bleeding, I have nightmares about it, I also suffer from PTSD from this traumatizing incident that happened to me on that night.

I. Legal Claim

5. Due to the police brutality, as well as amount of force used, I feel it was negligant on Williamsport Police Department's part to show up without probable cause as well as a search warrant.

II. Prayer for Relief

Wherefore, plaintiff respectfully prays that this court enters judgement granting plaintiff:

6. A declaration that acts and ommissions described herein violated plaintiff's rights under the Constitution and laws of the United States, also plaintiff is a high risk civil liability

7. A preliminary and permanent injunction ordering defendant to publicly apologize as well as hold its officers accountable for the incident that occurred.

8. Compensatory damages in the amount of $475,000.00 against the defendant severally.

9. Punitive damages in the amount of $250,000.00 against the defendant and the amount of $175,000.00 against the defendant.

10. Plaintiff's costs in this suit.
11. Any additional relief this Court deems just, proper, and equitable.

Date: 5-2-04

Signature: Antwan Hairston





Antwan Hairston
1909 e. seminary Drive
Apt #1133 Fortworth
Texas 76119

NORTH TEXAS TX P&DC
DALLAS TX 750
9 MAY 2024 PM 6 L

U.S. District court
Middle District of Pennsylvania
235 N. Washington Ave.
Scranton P.A 18501-1148

RECEIVED
SCRANTON
MAY 1 ☐
PER _____ DEPUTY CLERK

18501-500199